Stephanie Oblander
Smith Oblander & Meade, P.C.
104 2nd Street South, Suite 400
PO Box 2685
Great Falls, MT  59403-2685
Telephone: (406) 453-8144
steph@bigskylaw.com
*Attorneys for Defendant Allstate Fire And Casualty Insurance Co.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

_____

| | |
|---|---|
| JAMES WAYNE LITTLE, | ) |
| Plaintiff, | ) Cause No. CV-18-74-H-CCL |
| vs. | ) |
| ALLSTATE FIRE AND CASUALTY INSURANCE, | ) **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between the parties, by their respective counsel, that the above-entitled action is and shall be dismissed with prejudice as fully settled on the merits, with the parties to pay their own costs and attorney fees. The parties hereby join together and respectfully move the Court to enter an Order dismissing this action with prejudice and in accordance with the terms of this Stipulation.

Respectfully Submitted,

Dated: September 27, 2019.

/s/ John Doubek
Doubek, Pyfer & Storrar
PO Box 236
Helena, MT  59620
*Attorneys for Plaintiff James Little*

Dated: September 27, 2019.

/s/ Stephanie Oblander
Smith, Oblander & Meade, PC
Stephanie Oblander
P.O. Box 2685
Great Falls, Montana 59403-2685
*Attorneys for Defendant Allstate*

CERTIFICATE OF SERVICE

I, Stephanie A. Oblander, of the law firm of Smith Oblander & Meade, P.C., do hereby certify that on the 27th day of September, 2019, I caused to be served the foregoing document in the above matter this date to:

 1,2   CM/ECF
 ___   Hand delivery
 ___   Mail
 ___   Overnight delivery service
 ___   Fax
 ___   Email

1. Clerk of US District Court
2. John Doubek
   Doubek Pyfer & Storrar, PC
   PO Box 236
   Helena, MT  59620

        Smith Oblander & Meade, PC

        <u>/s/ Stephanie Oblander</u>
        Stephanie Oblander
        P.O. Box 2685
        Great Falls, Montana 59403-2685
        Phone:  (406) 453-8144
        Fax:  (406) 453-8144
        Email: steph@bigskylaw.com
        *Attorneys for Defendant Allstate*