# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JAMES LITTLE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Cause No: CV-18-74-H-CCL<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation for Dismissal that has been filed,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees. All deadlines are vacated.

SO ORDERED.

DATED this _____ day of _____, 2019.

_____
CHARLES C. LOVELL
Senior United States District Judge