# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JAMES LITTLE,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Cause No: CV-18-74-H-CCL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties having filed a "Joint Stipulation for Dismissal with Prejudice,"

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees. All deadlines set by the Court's September 27, 2018, Scheduling Order are VACATED, along with the Final Pretrial Conference set for April 15, 2020 and the trial set for April 20, 2020.

DATED this 30th day of September, 2019.

CHARLES C. LOVELL
Senior United States District Judge

FILED
9/30/2019
Clerk, U.S. District Court
District of Montana
Helena Division